

FILED

JAN 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Helen le and Khang Ninh
4400 Solano Park Circle 4114
Davis CA 95616

**UNITED STATES COURT of US Eastern District**

Superior Court of CA at Yolo County : CV-PM-14-0002057

-Elizabeth A. Smith Executive of US Court for The Ninth Circuit 16-17308

Cc : - U.S. Department of State    Office of Civil Rights (S/OCR)    Intake and Resolution Section

2201 C St., NW, Rm 7428  Washington, D.C. 20520   Phone: (202) 647-9295   Fax: (202) 647-4969          E-Mail: SOCR_Direct@state.gov

FBI :  Sacramento , Washington DC ,  San Francisco  , Los Angeles , Fairfield

COMPLAINT Violate Civil Right and human right

| | |
|---|---|
| Pro-se Helen Le et,all )<br><br>    Plaintiffs    )<br><br>  VS    )<br><br>United State Of American et,all )<br><br>    DefendantS<br>------------------------------)<br> United States    )<br>Michell Marshal , Lisa Nesbitt )<br>Danny Bickel    )<br>**Supreme Court of US: USCA 16-17308**  )<br>**Susan V Gelmis**<br>**Court Appeals of US Ninth circuit**<br>Respondents, Appellant<br>  VS<br>United States<br>Richard W, Greevy et,all<br> and Does 2-99,<br>Defendant ,Respondents<br>------------------------------<br><br>BUT People of the United States<br>of America *ex relation*<br>Richard W, Greevy et,all<br>of America *ex relation*<br>  Defendants<br>-------------------------------- | NEW CASE : 2:18cv 0203 TLN EFB PS<br><br>ORDER : New case, and  re-open<br>case 2:16-CV-1447-JAM-AC-<br>Set up JURY TRIAL schedule for us to<br> be JURY TRIAL at PUBLIC direct with<br>the JUDGES Allison Claire, the Judge<br> JOHN Mendez , and Order  and under<br> Exam by prosecutor, FBI<br>Executive Court of US Ninth Circuit<br>  Public , settlement compensation<br><br>, **FIRST SUPPLEMENT TO**<br>  **NOTICE OF INTENT TO**<br>**PETITION SUPREME COURT of US FOR**<br>  **PEREMPTORY WRIT OF MANDAMUS**<br>**NOTE** set  TRIAL Room and date for us<br>7/3/2018  @ 10 AM  )**Courtroom: 26, 8th floor**<br>Court of US Eastern District  Address :<br>**501  I Street Sacramento CA 95814**<br>Please all people Respondents ,<br>Defendants appellees  take NOTE<br>to Come The Court of US Eastern<br>District for TRIAL JURY |

PAGE  1  Continue



**Reason** :

1/ Follow law Bill of right and **Mandamus 28 U.S. Code § 1361 , Law Constitution The Bill of The right , law 11U.S. Code 350** we request Court of US Eastern District re-Open our old case for us , open New case and set schedule for us to be JURY TRIAL Room at Public because

Our case from 2014 to now , we were not any Court set up TRIAL room direct with JUDGE of US full power and full Jurisdiction , we order and Petition Grant TRIAL into Supreme Court of US too Much times by USPS delivery for us , but Respondents at Supreme Court of US found too much the ways avoid responsibility , discriminate , Fraud and Violate our Civil right and our human right before all JUDGES of US and JUDGES of CA

Respondents Owe pay our bill , law Liability save for Victim was not solve , Law our Insurance was not solve too , law wrongful Jail at CA was not solve equal , fair and Clearly

2/ Follow law REHEARING Our case submit for Rehearing date 6/7/2017 , but Respondents and defendants close our case date 6/1/2017 the same date the 3 the JUDGES denied our case . We want to hear direct from all Judges of US , But respondents and Defendants was hurry abused their of the right Fraud Close our case no reason , although we sent too much our petition REHEARING into : Supreme Court of US and Court appeals of US Ninth Circuit

3/ Follow law **Follow law 11U.S. Code 350 – Closing and reopening Cases**

   a. We involve Accident ,we was injury **Company Insurance owe pay our bill for us** , bad faith . the verb : Dismiss and denied no match situation our case

   b. Helen le was in WRONGFUL Jail unreasonable (full proof ) from 1/30/2015 to 2/2/2015 by Both Company Insurance and County Sacramento set up , they was gave person to came into ER Hospital Sutter Davis arrest Helen Le NO reason after we submit litigate and Complaint at Yolo Court date 12/26/2014 , when Victim (Helen le Just pass the hell by she was Injury bad faith and accident , her car total loss )'Law Insurance save for people No at Fault , injury and bad faith : Compensation

   c. We was not fair , we was not equal , because our case was not TRIAL at Public , our case was solve unpublic , face JUDGES OF US , It is Not Clearly full discriminate and full Fraud and Violate our human right by all appellees , Defendants and respondents

   d. We was involve accident at Sacramento County but Superior Court of CA at Sacramento used Police Violate our Civil right , they was kick Helen leave out building Court no reason and Helen le was arrest wrongful Jail unreasonable at Sacramento too

   e. The Judge Timothy Fall pass us back Sacramento 2 times reason he no power

   f. Court Appeal Third District , the Clerk Deena Fawceet Violate our Civil right , she no for Helen le submit full Case

   g. Respondents : Violate our Civil right and human right

Page 2 Continue

-------------------------------------------------------------------------------------------------

**FOOT NOTE : At Court Of US Eastern District contain Form : Violate Civil right . This is the base JURISDICTION at Federal District Court**

-------------------------------------------------------------------------------------------------

## The Parties to This Complaint

1. The Plaintiff(s) Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   a. Name      :  Pro-se  Helen Le and Khang Ninh
   b. Street Address : 809    10th street
   c. City and County  : Davis  Yolo County  State and Zip Code CA 95616
      Telephone Number:  408 613 0304
2. The Defendant(s) Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

        A / Defendant No. 1
   Name _ Michell Marshal , , Lissa Nesbitt,  Denny  Bickell
   Job or Title (if known) : The Clerk
   Street Address _1 First St NE
   City and County  : Washington DC 20543
   State and Zip Code DC  20543    Telephone Number  202 479 3000
   ☐ Individual capacity  X Official capacity
        B/  Defendant No. 2
      Name : Susan V. Gelmis
      Job or Title  : Chief Clerk
   **Street Address** 95 7th St
    City and County _: San Franciso
   State and Zip Code : CA 94103
   Telephone Number :415 355 8000
   ☐ Individual capacity  X Official capacity
        3/          C/ Defendant No.
   Name : , **Richard E Mcgreevy**
   Job or Title  : Lawyer represent  for  Insurance at Fault Anchor General
   **Street Address** 2833 Laguna street
   City and County _ **San Francisco**
   State and Zip Code : **CA 94123**
   ☐ **Individual capacity X Official capacity**
        D/ Defendant No. 4
   Name : , : **Jaime Tamayo**
   Job or Title  : CEO  Company Insurance Commerce West
   **Street Address** 211 Main Street
   City and County _ **Webster**
   State and Zip Code : **MA 01570**
   Telephone 1800 221 1605

Page 3  Continue

1. II. Basis for Jurisdiction Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights. A. Are you bringing suit against (check all that apply):

2. X Federal officials (a Bivens claim)

3. X State or local officials (a § 1983 claim )

4. B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5. Our human right and Civil right was lost and Violate at Federal Officials and State

6. 1/ We was not set up schedule direct hearing date with all JUSGES of US and CA

7. 2/ Helen le was expel leave out Superior Court of CA at Sacramento , although we was Complaint into Commision On JUDICIAL at San Francisco , they did not want to solve for us , we was Complaint into Chief Clerk Susan V Gelmis and Close our case unreasonable 6/1/2017

8. C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

9. Follow Law Constitution Bill Of The Right : our RIGHT IS JURY TRIAL, and right to be live safe at US   by Constitution allow . But we was all respondents lock our right Civil right and Human right All Respondents abused of the right and their of Office  was withdraw all our right that

10. D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

11. Michell Marshal , , Lissa Nesbitt, Denny  Bickell

12. 1/ Our case no expire , no out of time  : But Michel Marshal was off our case , no grant for us , abused of their right by their office Cover JUSTICE and denied our case unreasonable , although we was complaint into them too much time

13. 2/ Lisa Nesbitt : She required us wrote down : OUT OF TIME , we did not wrote down that she did not file our case into Supreme Court of US , she did not gave case number for us

14. 3/ Denny Bickell :  Intentional cancel law of US and Constitution  , they follow too much way unreasonable  return our case , and they announce our case fail  , when law of US  we are Constitution law allow us to be order TRIAL  for fair at Public , when our case from 2014 to now we was not set up  fair JURY  TRIAL  at Public , they intentional abused their of the right Fraud on our case

15. Page 4  Continue

1. Follow law  **Mandamus 28 U.S. Code § 1361 and Constitution : We was not speech before all real JUDGES of US by them , they was abused their of the right cover our mouth before all JUDGES of US**
2. Susan V. Gelmis
3. Abused their of the right fraud our Mail , they did not set up schedule for us to meet 3 JUDGES , they close our case date 6/1/2017 , they throw away our complaint  Petition Rehearing into the JUDGES   date 6/7/2017     . In system Court Appeals of US Ninth Circuit the JUDGES , our case was not legal
4. The 3JUDGES work date 8/23/2017 , our case was not show up before 3 JUDGES , Even before all JUDICIAL  of Counsel , the JUDGE REINHARDT  still used law our case Frivolous  when we was sent for them over 690 document proof and Evidence
5. 
6. Richard  Mc Greevy  Represent  for Defendants
7. Jaime  Tamayo  : CEO Commerce West
8. we submit and Litigate  Both Company Insurance at Yolo Court  12/26/2014 , After that They abused  their Power  took off  human right  of Helen Le , by they deposit direct Helen le in wrongful Jail  No reason  charge, in the time Helen le was Very low Platelet Count 15-20 , her nose was bleeding , Helen le was staying at ER Hospital
9. We want to ask : The JUDGES of US what is the law of US , who is the JUDGES  of US allow Both Company Insurance arrest Citizenship , Victim innocent when Victim just pass the Hell by bad faith into wrongful Jail , by both Company Insurance We want to ask : in The Court of US contain form : Complaint Violate Civil right   , It is save for who ?  **what is reason Court sent letter no JURISDICTION**
10. III. Statement of Claim  State as briefly as possible the facts of your case. Describe how each defendant was  personally involved in the alleged wrongful action, along with the dates and locations of  all relevant events. You may wish to include further details such as the names of other  persons involved in the events giving rise to your claims. Do not cite any cases or  statutes. If more than one claim is asserted, number each claim and write a short and  plain statement of each claim in a separate paragraph. Attach additional pages if needed.
11. **Where did the events giving rise to your claim(s) occur?**
12. Our Claim start at Sacramento  Court  and we Involve accident  at Stockton BLV and Dias Ave  Sacramento  , and Helen le was arrest wrongful Jail at Sacramento too  :
13. **What date and approximate time did the events giving rise to your claim(s) occur?**
14. **Date of loss  : 1/4/2013**
15. 1/9/2013  after our Insurance inspect our car : Total loss  Both Company Disappear and disconnect , no solve our Complaint
16. 1/9/2013 we found lawyer , Both Company Insurance no work
    a. 1/18/2013 We found and exchanged lawyer Both Company Insurance no work too
    b. 1/28/2013 We found and exchanged more  lawyer Both Company Insurance work

Page 5  Continue



1. 7/2013  we Close our case , Our Old lawyer Close our case , but Company Insurance did not Close our case and they did not want to settlement  case for us
2.
3. 6/2014We Close our case more time Company Insurance announce 15/30 limited , but they did not send packet for us . However bill doctor and hospital  in limited  15/30
4. They only count for doctor and hospital Only , they did not count fee our old lawyer and assistance helped in the time they disconnect with us . After Department Insurance of CA announce no authority  , and after Company Insurance challenge us put case into the Court
5.
6. Date 12/16/2014 at 11:18 Am  We start our case at Superior Court of CA at Sacramento , Supervisor at Superior Court of CA at Sacramento kick out Helen le leave out Building Court no reason We Complaint at Yolo Court 12/26/2014 , The Court set schedule for us date  4/27/2015 , in the time wait to meet the JUDGE OF CA , Both Company Insurance abused their of Power arrest Helen le at ER Hospital Sutter Davis direct in wrongful Jail at Sacramento date 1/30/2015 to 2/2/2015  ,'
7. Although  the Judges Timothy Fall  announce : No Power , but he met us 3 times and he told us back Sacramento .
8. We appeal into Court Appeal third District date 8/12/2015 after the JUDGE Timothy denied us date 6/19/2015  at here the Clerk Deena Fawceet no for us submit full case and full document
9.
10. We complaint into Supreme Court of CA , But at here no grant TRIAL for us , they denied REVIEW our case NO reason , they did not  solve for us to be REHEARING , although we was sent Petition REHEARING on time . They did not denied or grant REHEARING for us
11. We complaint into Commission on Judicial Performance :  Marry and Hunter Discriminate no solve for us

12. We Complaint into Supreme Court of US , the Clerk Michel marshal  denied our complaint reason OUT OF TIME  no base date 5/17/2016 , Although we sent Complaint too much time , we ask what time and what is date Michel Marshall rely on when Supreme Court of CA did not denied REHEARING 2018
13. We Complaint into Court of US Eastern District about Violate our human right and Civil right , bad faith but both JUDGES announce no JURISDICTION , when in the Court form Complaint Violate Civil right . It is solve for who ? who is enough ability for Court of US Eastern Solve ?

14. We Complaint Back Supreme Court of US again , the Clerk Lisa Nesbitt  no give case number for us , they did not for us case number , we called direct into Supreme Court , we was pass into Lisa Nesbitt , she require  : we write down no real into Supreme Court of US  : OUT OF TIME . after we wrote down Out of time , our case right away was denied reason : OUT OF TIME

Page 6  Continue

1. After Court of US Eastern District denied 11/30/2016 our case . we appeals into Court appeals of US Ninth Circuit . The JUDGES announce they full JURISDICTION , We
   a. order TRIAL room , But Office Clerk Susan no set up schedule for us to meet 3 JUDGES , she was Close our case 6/1/2017 , Although The JUDGES of US denied our case in UNPUBLIC date 6/1/2017 , we was submit for Petition REHEARING at Public date 6/7/2017 .

2. **C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) (full proof and full witness )**

3. We was injury from accident , to stress injury by  disconnect from  both Company Insurance no solve to injury stress  by wrongful Jail :

4. Law liability and law Insurance full way , they should responsibility pay all bill and fee for us , but they only want pay bill doctor and hospital . The Insurance at fault  did not want to pay fee our lawyer and assistance help. They blame our Insurance  and our Insurance blame for Insurance at fault , Result the end no any  Company Responsibility pay fee our old lawyer and assistant help for us in the time both Company Bad faith   disconnect and no solve for us

5. We bought Insurance full way 15/30 , and liability from people made injury for us they did not sent for us main packet , However our bill doctor and hospital under limited 15/30 , they want to pay doctor and hospital only and part fee lawyer and assistant help they did not want solve for us . They wrote down letter for us , they count for Helen le $15,000 at limited , they took out half pay for lawyer and Hospital CA  and they sent for Helen le $7800 , and Helen le should pay all bill hospital , doctor  left and assistant help  . When bill doctor and hospital of Helen Le total : Over $14,000 , fee lawyer $5600 and assistance help $4,500 total : about $25,000, Bill Doctor and Khang Ninh : $4500 . But Company Insurance at Fault decision the end total for Helen Le and Khang Ninh only : $19500 . when Total: about $29,000

6. We want to ask : how about our Insurance full way 15/30 ? and bad faith disconnect with us who is Company Insurance responsibility for us ? Arrest Helen le at wrongful Jail ill legal  our life damage who do responsibility for us ?

7.  Company Insurance at fault disconnect no solve for us  lead into we found 3 old lawyer came in , they argue and announce  limited , we want to ask Court  JUDGE of US and CA right or wrong ? one Court solve how much fee ? 2 Court solve how much fee ? when lawyer Came in what is reason they did not count pay that for us ?

8. When liability the people made us injury  bought for us , we did not understand they bought Liability how much because Company Insurance at fault did not sent into us main Packet , they Just announce and their Friend witness and then act disconnect and disappear both Company Insurance . It is seem Bad Faith
   Helen le was arrest wrongful Jail unreasonable , our heart damage , our father death ,

Page 7 Continue

1. our sister death and our brother death 2015 . Helen le and Khang Ninh no dare face to face with our family at San Jose for funeral for them  reason Helen Le Just came out from the wrongful  Jail and Khang Ninh was damage his major with GPA faith , he should studied more 1 year and half , he Just compliment Bachelor degree Civil engineer 12/2017 when all his friend gone and compliment 4 years 5/2016  and they was study Master Degree , Now Khang Ninh was not continue study  Master Degree by his GPA under 3.00 ,

2. Khang Ninh is student study with GPA over 4 point at Salinas high school , he want to become Medicine Doctor . But He was fail GPA under 2.5  too much time , he exchanged Civil Engineering he fail too we want to ask all damage that and fee that what is Company Insurance responsibility for us
   a. IV. Injuries

3. Helen le : Injury at head , she was Vomit and head ache , her back pain , her neck pain and her body numb

4. She came ER hospital , she was doctor at ER hospital too much times , she was ER hospital gave for her IV reason she was Vomit and head ache she can eat and sleep invite her back family doctor , and family doctor invite her into Chiropractor .

5. She found doctor specialist head  at Sacramento and she was treatment in there , she came in therapy too

6. Khang Ninh  treatment at ER Hospital and Chiropractor we was not any assistance  help when our car was total loss , Hellen Le more ill sickness , so that her friend should came back help for her again and Continue

7. **V Relief**

8. We need pay all our bill from bill doctor , hospital and fee our old lawyer , fee Court , fee assistance help

9. We need bill up our life and our future was damage from heart to our face , we can not injury our body and we should handle injury more  damage  more unreasonable  into us

10. We want to count ratio salary different Civil Engineering and medical Doctor Khang Ninh was fail and damage , we want count ration Bachelor degree and Master Degree

11. Now at this point : Khang Ninh was lost  1 and half year for work , because he JUST Compliment Bachelor Degree  12/2017 when all his friend still study Master degree and his friend was worked

12. Our father , grand father death , sister death and our brother death  : Helen le and Khang Ninh can not face to face and funeral for them 2015  because : Helen Le just from wrongful Jail  went out , and Khang Ninh Fail too much time

13. We want to Compensation injury and damage from mental to body   future : **20 Million**

14. Because : Our Credit in US no come back even we no borrow or owe any who , all people avoid us the same Virus , Helen le almost death by bad faith , If she real death : This bad faith no any people can demonstrate , she  should was endure pain from INJURY mental to her Body ,  Helen Le and Khang Ninh was insult by Company Insurance and Sacramento County  We no argue Helen le is people disability , but she need her face and how about mental her son

Page 8  Continue

1. Now Her son did not want to live together with his mom . We want to ask this damage relationship from Helen le and Khang Ninh who is responsibility that  ?
2. This is reason we need the real JUDGES OF US to solve equal and fair for Helen Le , Khang Ninh  and all respondents . Before Khang Ninh  always love Helen Le  and respect her , after she was in wrongful Jail , her son stress and he want brake up with her .He stress and embarrass with all people because his mom from in the Jail  just came out
3. When the people from the wrongful Jail went out , what is their life in Social , family and all relation with them ? all brake Up  and disregard
4. The Governor  at Florida said : house damage can build up , But Body , Mental and Credit damage how is build up ? All people avoid very far people from out jail or in Jail , is their future homeless ?. Now Helen le is people disability , she was Voucher housing assistance help, and SSI , SSA  Pay for her  But Landlord no for her stand up rent , they require Her son sign Lease when her son no work now ,   and he want brake up with his mom

   We want to ask : How Much Compensation for Victim  innocent the JUDGE of US  want and what is reason Both  the Judges no want to meet us when we sent too much proof evidence  and order JURY TRIAL at PUBLIC for us
5. Because in Court of US contain form Complaint Violate Civil right and human right , so that we come in the Court of US Eastern District for litigate Violate Civil right , human right , fraud and Bad faith . We want to meet direct the  real JUDGE S of US , we no want order office Clerk mail man for us and  JUDGES
6. **RE_ CALL  " " Please Court of US Eastern District , and Respondents , Appellees and Defendants take the note  set up   your time to meet us 7/3/2018  @ 10 AM** Courtroom: 26,  8th floor Court of US Eastern District  Address 501  I Street  Sacramento  CA  95814
   **For hearing and solve Compensation for us**

VI. Certification and Closing_____Date of signing: __1/30/, 20 18

signature of Plaintiff (S)

Printed Name of Plaintiff ;          Helen le          Khang Ninh

**Foot Note :**

1/ All pages we submit into Court of US  Eastern District , It is Helen le finger Print  All proof and evidence  Helen le was sent into Court of US Eastern District already and   Court appeals of US Ninth Circuit and Supreme Court of US over 690 proof by : Hand by hand , Email ,USPS Certify

2/  We want to submit all proof again and again  direct into hand by hand JUDGES of US at Court of US Eastern District  at Court room JURY Trial ,  Please the JUDGES Allison Claire and The Judge Mendez John  : Let for us know way how are we submit Proof and evidence again direct hand by hand BOTH JUDGES  . All our Complaint full proof and full witness

**3/ RE_ CALL  " " Please Court of US Eastern District and The JUDGES Allison Claire and Mendez and all Respondents , Defendants et,all  set up  TRIAL room  and your time to meet us date 7/3/2018   @ 10 AM  Courtroom: 26,  8th floor Court of US Eastern District  Address  :501  I Street  Sacramento  CA  95814**

4/ We no lawyer represent , follow law of US  , we are allow hearing direct with JUDGES of US , Our case pro-se , we no allow any who represent for us before all JUDGES of US

PAGE 9 The end