UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE; and KHANG NINH,, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:18-cv-0203-TLN-EFB PS <br><br><br> ORDER |

This civil action was closed on June 13, 2018 and judgment was duly entered. ECF Nos. 18 & 19. Plaintiffs' subsequent appeal to the U.S. Court of Appeals for the Ninth Circuit was dismissed as frivolous. ECF No. 26. On May 4, 2021, plaintiff Helen Le filed a letter with the court. ECF No. 31. The court takes no action on this filing as this case is now closed.

Plaintiffs are hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: January 26, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE